## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING SERVICE 32BJ HEALTH FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED BUILDING MAINTENANCE CO., INC., <br><br> Defendant. | Civ. Act.: 20-cv-6849 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, this matter comes before this Court on the Joint Motion for Entry of Order of Dismissal (the "**Motion**") by Plaintiffs The Building Service 32BJ Health Fund, Building Service 32BJ Thomas Shortman Training, Safety and Scholarship Fund, and Building Service 32BJ Legal Services Fund and Defendant Associated Building Maintenance Co., Inc., by and through their respective undersigned counsels; and

**IT APPEARING** that the parties have reached an agreement as to the resolution of this case among themselves and that the Motion should be granted;

It is therefore **ORDERED** and **ADJUDGED** that:

1. Plaintiffs' claims against Defendant in this matter are hereby dismissed without prejudice.

2. The Court retains jurisdiction solely for the purpose of enforcing the Stipulated Protective Order previously entered in this case.

3. Each party shall bear its own attorneys' fees and costs.

**ENTERED** this day of __December 16_____, 2020.

_____
J. PAUL OETKEN
United States District Judge

SEEN AND AGREED:

_____
Samuel R. Bloom (SB1988)
RAAB, STURM & GRANCHOW, LLP
2125 Center Avenue
Suite 100
Fort Lee, New Jersey
201-292-0150 (telephone)
201-292-0152 (facsimile)
sbloom@rsgllp.com
*Counsel for Plaintiffs*
*Building Service 32BJ Health Fund,*
*Building Service 32BJ Thomas Shortman*
*Training, Scholarship and Safety Fund,*
*Building Service 32BJ Legal Services Fund*

*/s/ Evan J. Taylor, Esq.*_____
Evan J. Taylor (NYS Bar No. 4724449)
COMBS & TAYLOR LLP
2101 L Street NW
Suite 800
Washington, D.C. 20037
202-448-1008 (telephone)
202-448-1009 (facsimile)
evan.taylor@combstaylor.com
*Counsel for Defendant*
*Associated Building Maintenance Co., Inc.*